FILED

1  THOMAS P. O'BRIEN
   United States Attorney                    2009 MAR 30  AM 11: 45
2  LEON W. WEIDMAN
   Assistant United States Attorney          CLERK U.S. DISTRICT COURT
3  Chief, Civil Division                      CENTRAL DIST. C  CALIF.
   ROBERT I. LESTER (CBN 116429)                   LOS ANGELES
4  Assistant United States Attorney          BY_____
        300 North Los Angeles Street, Rm 7516
5       Los Angeles, CA 90012
        Telephone: (213) 894-2464
6       Facsimile: (213) 894-7819

7  Attorneys for defendants
   United States; and Michael Mukasey, Harley Lappin,
8  Linda Sanders, Hon. Ronald S.W. Lew, and Tracy Wilkison
   (in their official capacity, only)

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  CENOBIO H. HERRERA, SR.,          )   CV 09-2184 GAF PLAx
                                      )
14          Plaintiff,               )
                                      )
15      v.                           )   NOTICE OF REMOVAL
                                      )   OF CIVIL ACTION BY
16  UNITED STATES OF AMERICA,         )   DEFENDANTS
    ATTORNEY GENERAL MICHAEL MUKASEY, )
17  BUREAU OF PRISONS DIRECTOR HARLEY )   [28 U.S.C. §§ 1442(a)(1)
    G. LAPPIN, WARDEN LINDA SANDERS,  )   and 2679(d)(2)]
18  JUDGE RONALD S.W. LEW, PROSECUTOR )
    TRACY L. WILKISON, et al.,        )
19                                    )
            Respondents.              )
20  _____)

21

22

23

24

25

26

27

28

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to the provisions of 28 U.S.C. §§ 1442(a)(1) and 2679(d)(2), Defendants hereby remove the above-entitled action from the Superior Court of the State of California for the County of Santa Barbara to this Honorable Court.  The grounds for the removal are as follows:

1.  On January 20, 2009, Plaintiff filed a complaint in the Superior Court of the State of California for the County of Santa Barbara, entitled <u>Herrera v. United States, et al.</u>, Case No. 1274629.

2.  One or more defendants, on information and belief, began receiving the summons and complaint on or after March 19, 2009.

3.  Defendant/Real Party In Interest United States of America has not been served with a copy of the summons and complaint; therefore, the 30-day removal period specified by 28 U.S.C. § 1446(b) has not commenced.  See <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999).

4.  The above-described action is one which may be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) because Attorney General Michael Mukasey, Director of the U.S. Bureau of Prisons Harley Lappin, Warden Linda Sanders, Assistant United States Attorney Tracy Wilkison, and United States District Judge Ronald S.W. Lew, were acting within the course and scope of their office or employment at the time of the alleged incidents out of which the claims arose.  A duly executed Certification of the United

States Attorney for the Central District of California attesting to the foregoing is attached hereto as Exhibit "A."

5.   The above-described action is one that may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), because it is an action against "The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in any official or individual capacity for any act under color of such office . . .." The federal defense, <u>see</u> <u>Mesa v. California</u>, 489 U.S. 121, 109 S.Ct. 959, 103 L.Ed.2d 99 (1989), is that defendants are protected from suit by principles of sovereign immunity and the derivative jurisdiction doctrine.

6.   A copy of the pleadings filed in the Superior Court and in the possession of the undersigned counsel at the time of the removal are attached as Exhibits "B" and "D."

WHEREFORE, Defendants hereby remove the above-entitled action from the Superior Court of the State of California for the County of Santa Barbara, Case No. 1274629, to the United States District Court for the Central District of California.

DATED:  March 30, 2009.

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

ROBERT I. LESTER
Assistant United States Attorney

Attorneys for United States; nd and Michael Mukasey, Harley Lappin, Linda Sanders, Hon. Ronald S.W. Lew, and Tracy Wilkison (in their official capacity, only)

3

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by the Attorney General of the United States pursuant to 28 C.F.R. § 15.4(a), I hereby certify as follows:

(1)   I have read the Complaint in the case entitled <u>Herrera v. United States, et al.</u>, Santa Barbara County No. 1274629;

(2)   On the basis of the information now available to me with respect to the incidents referred to in the Complaint, defendants Michael Mukasey (United States Department of Justice); Harley Lappin (United States Bureau of Prisons); Linda Sanders (U.S. Bureau of Prisons, Lompoc Federal Correctional Complex); Tracy Wilkison (United States Attorney's Office, Central District of California), and Hon. Ronald S.W. Lew (United States District Court, Central District of California) were acting within the course and scope of their official United States Government employment at all times material.

DATED:   March 27, 2009.

_____
THOMAS P. O'BRIEN
United States Attorney for the
Central District of California

4   Exhibit A

MAR-20-2009 09:24     U.S. Attorneys Office          213 894 0141     P.004

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA

JAN 2 0 2009

GARY M. BLAIR, Executive Officer
BY____A. Wodey Au____
A. WORDLEY, Deputy Clerk

Cenobio H. Herrera, Sr., Secured Party,
Attorney-In-Fact for CENOBIO H. HERRERA, SR.
a Trust/ Transmitting Utility
c/o 3901 Klein Blvd.
Lompoc, California [93436]

### SUPERIOR COURT OF CALIFORNIA
### COUNTY OF SANTA BARBARA

CENOBIO H. HERRERA, SR.,         )     Complaint No.___1274629___

             Plaintiff,          )

         v.                      )

UNITED STATES OF AMERICA,        )
ATTORNEY GENERAL MICHAEL         )      [VERIFIED]
MUKASEY, BUREAU OF PRISONS       )
DIRECTOR HARLEY G. LAPPIN,       )
WARDEN LINDA SANDERS, JUDGE      )
RONALD S.W. LEW, PROSECUTOR      )
TRACY L. WILKISON, et al,        )
             Respondents.        )
Affidavit:

### PARTIES AND JURISDICTION

I, Cenobio H. Herrera, Sr., Secured Party/Creditor, is registerd to do business in California, and is entitled to the possession of any and all property and property rights held in or under the name of CENOBIO H. HERRERA, SR., involuntarily held by Respondents at 3901 KLEIN BLVD., LOMPOC, CALIFORNIA 93436, property is more particularly described as follows: [See Exhibit "A" attached hereto, as if set out herein by reference]. Located within the above captioned Judicial District and County.

1. The Plaintiff reserves the right to amend this complaint at any time as needed.

2. The Respondents, each of them are currently in possession of property described in Exhibit "A."

### CAUSE OF ACTION

3. The Plaintiff is a Secured Party, superior Claimant, holder in due course, and  principal creditor, having a registered priority

-1-

**5   Exhibit B**

lien hold interest in any and all property rights held in the name of CENOBIO H. HERRERA, SR., DEBTOR, evidenced by UCC-1 Financing Statement #2007-341-8404-9, as filed with the Secretaries of State of the States of Washington and California.

4.  That Plaintiff has Accepted for Value all offers made by Respondents in relation to Case/Account No. CR 02-531-RSWL, and has duly tendered a Bonded Promissory Note and Bill of Exchange for set-off, a copy of which is attached hereto as Exhibit "B" and this reference incorporated herein as if set forth in full.

5.  That on July 15, 2008, by written notice, Plaintiff made demand on said Respondents for and required settlement of possession of property within seventy two (72) hours from service of notice [Ex Parte Order for Release], a copy of which is attached hereto, as Exhibit "C" and by this reference, incorporated herein as if set forth in full.

6.  Said Written Notice and Demand served upon the Respondents, has been refused and neglected since service upon them, and remains refused and neglected to now. A true copy of the Certificate of Service of said notice, is attached hereto, as Exhibit "D" and by this reference, incorporated herein, as if set forth in full.

7.  Said Respondents, are unlawfully continuing in possession of said property, after said Demand, and without permission of the Plaintiff, and under no claim of right.

8.  The reasonable value for the use and possession of said property is $1.6 Million U.S. Dollars per day (TREZEVANT v. CITY OF TAMPA). Plaintiff seeks such damages from September 16, 1999, the original date of possession and unlawful detention till present date.

-2-

**6   Exhibit B**

8. The reasonable value for the use and possession of said property is $1.6 Million U.S. Dollars per day (TREZEVANT v. CITY OF TAMPA). Plaintiff seeks such damages from September 16, 1999, the original date of arrest and unlawful detention till present date.

9. Plaintiff has performed all the necessary requirements, and given all the required notices to bring this matter to settlement and closure.

WHEREFORE, Plaintiff seeks for Judgment as follows:

1. Respondents be ordered to release all proceeds, products, fixtures, accounts and the orders to Plaintiff.

2. For an order to the Clerk of this Court to issue a <u>Writ of Replevin</u> in this action to the Sheriff of Santa Barbara County, California, commanding him to immediately restore possession of the property to the Plaintiff from Respondents, and all persons holding possession under Respondents or otherwise.

3. That Respondents be ordered compensate Plaintiff for unauthorized use of property at the rate of $1,600,000.00 per day.

4 For such other relief as this Court may deem just and proper.

Dated: December 31, 2008

By _Cenobio H. Herrera, Sr._
　　　Cenobio H. Herrera, Sr.

ORIGINAL FILED:
Copy of the Foregoing sent
31st day of December, 2008
To:
MICHAEL MUKASEY (USAG)              California Secretary of State
U.S DEPARTMENT OF JUSTICE           Debrah Bowen
950 Pennsylvania Ave.               P.O. Box 942835
Washington, D.C. 20534              Sacramento, CA 94235-0001   .

-3-

7    Exhibit B

MAR-20-2009  09:24        U.S. Attorneys Office                213 894 0141    P.007

EXHIBIT A

| | |
|---|---|
| File Search Number | 2008-011-4977-3S |
| Search on Filing Number | 2007-341-8404-9 |
| Fee Amount ($US) | 1S |

Filing Number Search of Initial Financing Statement

| | |
|---|---|
| File Number | 2007-341-8404-9 |
| File Date/Time | 12/07/2007 7:31PM |
| Lapse Date | 12/07/2012 |
| Initial Filing Number | 2007-341-8404-9 |
| Fee Amount ($US) | 10.00 |
| Filing Office | WA DOL |
| File Status | Accepted |
| Debtor | ENS LEGIS<br>downey  CA USA<br>Organizational Type: TRUST<br>Jurisdiction: PRIVATE<br>Organizational ID: 54871<br><br>Debtor Alt Capacity:Trust |
| Secured Party | Herrera, Cenobio Humberto , Sr.<br>P.O. BOX 1182<br>DOWNEY  CA 90240 USA |
| Collateral | This is the entry of the collateral record owner, Cenobio Humberto Herrera, Sr. and of the Debtor CENOBIO HUMBERTO HERRERA Sr. in the Commercial Chamber under necessity and the following property is hereby registered in the same: All Certificates of Birth #54871 hereunder liened and claimed at the sum of $100,000,000.00, Security Agreement No. CHH-090444, SSN/UCC Contract Trust Account-pre-paid account #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, Exemption ID#571627483, California Driver's License #M0790799, BOE-CHH-090444, Hold Harmless Indemnity Agreement #HHIA-CHH-090444, Case Number(s) 2:97-cr-206, 2:00-cr-0291, 2:02-cr-00531, U.S. Marshall's #15680-112, State of California Marriage Certificate #45629, Tracking #70000520002226216911, Said registration is to secure the rights, title(s) and Interest in root of Title and Birth Certificate #54871 as received by the Republic of Mexico as connected with the California Republic for Permanent Residency and Citizenship, Bureau of the Vital Statistics of Records, and all Debentures, Indentures, accounts, and all Pledges represented by the sameincluded but not limited to, pignus, hypotheca, herediments, res, the energy and all products derived therefrom nunc pro tunc, but not limited to all capitalized names: CENOBIO HUMBERTO HERRERA, SR., BERT HERRERA, HUMBERTO HERRERA, HUMBERTO HERRERA LANZ, or any other derivatives there of, and all contracts, agreements,signatures and/ endorsements, facsimilies, printed, typed or photocopied of owner's name predicated on the Strawman, LLC(ENS LEGIS) described as the debtor and all property is accepted for value and exempt from levy. Record owner is not the guarantor or surety to any other account by explicit |

CERTIFIED TRUE AND CORRECT COPY

By *Cenobio H. Herrera, Sr.*
    Secured Party          Date

https://fortress.wa.gov/dol/ucc/FilingNumSearchResult.asp?ID=YK7S5                1/11/2008

MAR-20-2009   09:24        U.S. Attorneys Office                    213 894 0141     P.008

reservation, including but not limited to the following real property described as 9354 Otto street, Downey, California, as originally granted and recorded in the Los Angeles county Recorder's office under instrument number 98 1339019, A.P.N. 690-18-14, on August 3, 1998, notice of default under #06 1049515 recorded on May 11, 2006, Claim of Lien - Executory Reconveyance Contract #7002241000053052 9952. Fairway Realty & associates, 8067 East Florence Avenue, Downey, California, as originally granted and recorded in the Los Angeles county recorder's office as 50% ownership, R.C. Auto Service, 7924 East Firestone Blvd. #A, Downey, California, as originally granted and recorded in Los Angeles county Recorder's office #98 935052, 36720 Fisher Road, Anza, California, 92539, As originally granted and recorded in the Riverside county Recorder's office Attn:#573-030-0143 and #573-030-0154, Adjustment of this filing is from public policy HJR-192 and UCC-1-104, All proceeds, products, accounts, baggage, fixtures and orders therefrom, are to be released to the secured party as the auntorized representitive of the Debtor.

**Filer**       Secured Party, Authorized Representative, Attorney-in-Fact-Cenobio-Humberto-
**Reference**   Herrera, Sr.
**Data**

**Search On**   NONE

The above listing is a record of all financing statements and liens for the specific name requested and which are currently on file in the Department of Licensing as of the certified through date. The Department of Licensing hereby disclaims responsibility in this record search and certification other than the name specified in your request for information.

A search limited to a particular city, date, or file number may not reveal all filings against a debtor searched and the searcher bears the risk of relying on such a search.

*Elizabetth A. Luce*                                    1/11/2008
Elizabeth Luce, Director, Department of Licensing

CERTIFIED TRUE AND CORRECT COPY

—————————————————————————
By: Secured Party              Date

MAR-20-2009 09:24     U.S. Attorneys Office                    213 894 0141     P.009

Date June 2, 2008                          Invoice No. PN-20082805-CA
                              Registration No. 7000 0520 0022 2618 9437

                          Non-Negotiable Bill of Exchange
                                  No. CHH-20082905-001
            Posted Certified Acct. #7000-0520-0022-2618-9680Account #571627483

RE:  Non-Negotiable Acceptance of Inconsideration and Request Inconsolidation in Accord with UCC 3-419 and
     HJR-192 of June 5, 1933, and Registered Adjustment of Account:

COLLATERAL:
Case/Account No.:        CR-02-531-RSWL; CR-00-201-SJO; CR-97-206-GHK
Offer to expand public funds:  Case # CR-02-531-RSWL, indictment issued by U.S. DISTRICT COURT FOR THE
                         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, to CENOBIO HUMBERTO
                         HERRERA, SR. and noted accepted for value by Cenobio Humberto Herrera, Sr.;
                         Case No. CR-00-201-DT(SJO), indictment issued by U.S. DISTRICT COURT FOR
                         THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, to CENOBIO HERRERA
                         LANZ and noted accepted for value by Cenobio Herrera Lanz; Case No. CR-97-
                         206-GHK, issued by U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF
                         CALIFORNIA, WESTERN DIVISION, to CENOBIO HERRERA LANZ and noted accepted
                         for value by Cenobio Herrera Lanz

Date of offer:           09/16/99
Principal debtor:        CENOBIO HUMBERTO HERRERA, SR. (LANZ)
Subrogated Debtors:      Ronald S.W. Lew, dba judge
                         Sherri Carter, dba clerk of court
                         Michael Mukasey, dba U.S. attorney, et al  [assistants]
                         Dickran Tevrizian, dba judge
                         George H. King, dba judge
                         U.S DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
                         312 North Spring Street
                         Los Angeles, CA 90012
Value of Bill:           One Billion Two Hundred Million Dollars (1,200,000,000.00)

The Undersigned, hereby, accepts for value all endorsements/considerations front and back and annexes them
hereto in accord with U.C.C. 3-419 as evidence to U.C.C. Contract Account 571627483, in the amount listed
above, and is part of the Undersigned's tax estimate for use by the Republic, and the account is charged for
the fees necessary for securing and registration (for the priority exchange for the tax exemption to
discharge the public liability is accord with HJR-192 of June 5, 1933) of the Undersigned's (preferred
stock/inalienable) rights.The Undersigned directs commanding the memory of account #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 charging the
same to the debtor's order or the Secretary of the Treasury's order. Until then, I am...


Very truly yours,


*Cenobio Humberto Herrera, Sr.*
Cenobio Humberto Herrera, Sr.                    TRUE AND CORRECT CERTIFIED COPY
non-assumpsit/TDC;
in care of 3901 Klein Blvd.
Lompoc, California 93436-9999                     *Cenobio H. Herrera, Sr.*

cc: Henry M Paulson, Jr.                          By Cenobio H. Herrera, Sr.,
    file, collateral                              Secured Party/ Creditor

..........................................................................................
Please detach                                                                Please detach
STUB                                                                         STUB
    Return to: Cenobio Humberto Herrera, Sr., #15660-112
               3901 Klein Blvd.
               Lompoc, California 93436-9999
    Date: June 2, 2008                            Invoice No.  PN-20082805-CA
    Posted: Registered Account No. 7000 0520 0022 2618 9437   Account No.571627483
    Collateral: Case/Account No.(s) CR-02-531-RSWL; CR-00-201 DT(SJO); CR-97-206-GHK, indictments issued by U.S.
    DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION to CENOBIO HUMBERTO HERRERA,
    SR.(LANZ) and noted accepted for value by Cenobio Humberto Herrera, Sr.(Lanz)
    Value of Bill: $1,200,000,000.00


STUB                                                                         STUB


                              **10   Exhibit B**

MAR-20-2009  09:24        U.S. Attorneys Office                    213 894 0141    P.010

(CORRECTED ORIGINAL)
BONDED PROMISSORY NOTE-No. PN-20082805-CA
USPS Certified Mail Tracking No. 7000 0520 0022 2618 9437

To the Order of: Henry M. Paulson Jr., dba Secretary of the Treasury, and Ronald S.W. Lew, dba judge;
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; Thomas P. O'Brien,
dba United States Attorney, Tracy Wilkison, dba Assistant United States Attorney; Adam
M. Torres, dba U.S. Marshal California, as Co-Fiduciaries and Co-Trustees on this
BONDED PROMISSORY NOTE.

In the Amount of: Two Billion ($2,000,000,000.) United States Dollars (Correct sum $1,200,000,000.00)

For Credit to:    UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Routing through: Private Offset Bond No.(s) OB-090444 to Henry M. Paulson, Jr., Secretary of the U.S.
Treasury, (USPS Certified Mail Tracking No. 7000 0520 0022 2618 9277)

This negotiable instrument, tendered lawfully by Cenobio Humberto Herrera, Sr., ("Maker") in good faith,
shall evidence as debt to the Payee pursuant to the following terms:

1.  This Note shall be posted in full dollar for dollar pursuant to the Credit order noted above and
    presented to the co-payee, Secretary of the Treasury Henry M. Paulson, Jr., in the attached pre-
    addressed envelope by certified mail (certificate completed and supplied);

2.  Payee, shall upon receipt of this instrument, charge account 571627483 via Pass-Through Account
    CENOBIO HUMBERTO HERRERA, SR. for the purpose of terminating any past, present, or future liabilities
    express or implied attached or attributed to CENOBIO HUMBERTO HERRERA, SR.;

3.  Payee, shall ledger this Note for a period of twelve (12) months commencing the start of business June
    2, 2008, until close of business June 2, 2009, not to exceed three hundred sixty-five (365) days, at
    an interest rate of seven percent (7%) per annum, and

4.  Upon maturity, this Note shall be due and payable in full with interest and any associated fees.
    Payment shall be ledgered against Private Offset Bond No. 090444 (Certified Mail Tracking No. 7000
    0520 0022 2618 9277), held and secured by Henry M. Paulson, Jr., Secretary of the U.S. Treasury.

_____                          _____
Date                                             Cenobio Humberto Herrera, Sr., authorized
                                                 representative

*******************************************************************************************************

Cenobio Humberto Herrera, Sr.                    Henry M. Paulson, Jr.
non-assumpsit/IDC;                               Department of the Treasury
c/o 3901 Klein Blvd.                             1500 Pennsylvania Ave., NW
Lompoc, California                               Washington, C.D. 20220
non-domestic without U.S.
                                                 Sherri Carter, dba Clerk of the Court
Linda Stiff                                      Ronald S.W. Lew, dba judge
Internal Revenue Service                         Tracy L. Wilkison, dba prosecutor
111 Constitution Avenue, NW                      U.S. DISTRICT COURT, CENTRAL DISTRICT OF
Washington D.C. 20224                            CALIFORNIA, WESTERN DIVISION
                                                 312 N. Spring Street
                                                 Los Angeles, CA 90012


CERTIFIED COPY TRUE AND CORRECT                  _____
                                                 Witness

_____
By Cenobio H. Herrera, Sr.,                      _____
    Secured Party/Creditor                       Witness

                                                 _____
                                                 Witness

11    Exhibit B

MAR-20-2009  09:24       U.S. Attorneys Office              213 894 0141    P.011

# EXHIBIT "C"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Herrera (Lent Casa-11) Summit

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | Ø |
| Total Postage & Fees | $ 6.68 |

Sent To Clerk of the Court
U.S. DISTRICT COURT Cent., CA
Street, Apt. No.; or PO Box No. 312 N. Spring St.
City, State, ZIP+4
Los Angeles, California 90012

PS Form 3800, August 2006                See Reverse for Instructions

7008 0500 0001 8211 6496

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of the Court
U.S. District Court
Central District of Calif.
312 N. Spring St.
Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   JUL 17 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7008 0500 0001 8211 6496

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

COPY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INITED STATES OF AMERICA, | ) | CASE NO. CR 02-531-RSWL |
| CREDITOR/HOLDER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CENOBIO HUMBERTO HERRERA, SR., | ) | |
| DEBTOR, | ) | |
| Defendant. | ) | |
| | ) | |

_____ CROSS CLAIM _____

_____

| | | |
|---|---|---|
| Cenobio-Humberto: Herrera, Sr., | ) | Case No. CR 02-531-RSWL |
| Secured Party/Creditor, | ) | |
| Holder-in-Due-Course | ) | |
| Plaintiff. | ) | |
| v. | ) | |
| | ) | EX PARTE ORDER FOR RELEASE |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Whereas Secured Party has completed, finalized and perfected a security interest in CENOBIO HUMBERTO HERRERA, SR., F.I.D.#15660-112, DEBTOR (hereinafter "DEBTOR"). The Secured Party is now the Holder-in-Due-Course, Record Owner and Trade Name Owner of DEBTOR, and can relieve DEBTOR from any and all claims of civil, criminal and/or commercial nature.

Therefore, Secured Party places this CROSS CLAIM upon the UNITED STATES OF AMERICA, as the Holder-in-Due-Course of DEBTOR regarding this action, by UNITED STATES OF AMERICA who is hereby further barred from all past claims, and from bringing any further claims, actions or any of the like against the DEBTOR in the future or at any time. Secured Party invokes Sole Sovereignty over said DEBTOR concerning UNITED STATES OF AMERICA'S charging document, among any/all other documents/instruments presented by same.

-1-

**13   Exhibit B**

Henceforth, UNITED STATES OF AMERICA cannot support a claim against DEBTOR in which relief can be sought, since the Secured Party is the Holder-in-Due-Course of DEBTOR; Secured Party has discharged DEBTOR from any and all obligation in this matter.

The above mentioned presentments/documents/instruments in re to UNITED STATES OF AMERICA'S action against DEBTOR, has been ACCEPTED FOR VALUE by Secured Party and filed in the Commercial Registry, which is PRIVATE between the DEBTOR and Secured Party, and Exempt from Levy, in accord with public policy and U.C.C. 3-302; and

Whereas House Joint Resolution 192 (HJR-192) [brought privately by U.C.C. 10-104] supersedes all Statutes and Codes notwithstanding; and,

Whereas, UNITED STATES OF AMERICA, and any Actors, Agents, Officers or Employees of same, are required pursuant to the Truth-In-Lending requirements for retail exchange and Public Policy HJR-192, to post the reserves for their claims dollar for dollar; and

Based on this documantary evidence, the Secured Party requests of the Court that the DEBTOR be discharged from any further indebtedness to UNITED STATES OF AMERICA: that all collateral be returned to the DEBTOR and that the order(s) of the court be released to the Secured Party, immediately.

### IT IS HEREBY ORDERED THAT:

1. The above named Defendant UNITED STATES OF AMERICA and all its Actors, Agents, Officers or Employees, have acted in BAD FAITH, and it is hereby ORDERED that UNITED STATES OF AMERICA, is barred from all past claims and from bringing any further claims/actions against DEBTOR and/or Secured Party now or any time in the future.

2. It is also ORDERED that all collateral held by UNITED STATES OF AMERICA be returned to DEBTOR and that DEBTOR be discharged from any further liability/indebtedness to UNITED STAES OF AMERICA.

-2-

3. It is further ORDERED that the Secured Party Cenobio-Humberto: errera, Sr., who also is being held and used as Collateral for DEBTOR y UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, as well as any other form of detainment by any other CITY, COUNTY or STATE AGENCY.

4. Furthermore, it is ORDERED that Secured Party Cenobio-Humberto: Herrera, Sr., be released from custody forthwith.

### OATH OF SECURED PARTY/PLAINTIFF

I, Cenobio-Humberto: Herrera, Sr., Sui Juris, depose and say under penalty of perjury of the laws of the "State of California," that I am the Secured Party/Plaintiff in the above mentioned crossclaim, and all statements are True, Correct, Certain and not meant to mislead.

Executed this 15th. day of July, 2008 C.E.

_Cenobio H. Herrera, Sr._
Cenobio-Humberto: Herrera, Sr.
Secured Party/Creditor
Holder-In-Due-Course

Attachments/Exhibits:
U.C.C.-1
Judgment and Commitment Order
Bonded Promissory Not
Non-Negotiable Bill of Exchange        SO ORDERED
                                        District Court Judge,


                                        Ronald S.W. Lew, Chief Judge


-3-

15   Exhibit B

# *Certificate of Service*

I, CENOBIO H. HERRERA, SR _____ , hereby certify that I have served a true and correct copy of the following, by placement in the inmate mail, Pursuant to 28 USC § 1746:

CROSS CLAIM; EX PARTE ORDER FOR RELEASE

One original and two copies to the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA.

cc: file/st/irs-cid

Service of process is deemed complete at the time of delivery to the prison authorities for forwarding to the Court. *Houston v. Lack* 101 L.Ed..2d. 245 (1988) confirms that by such service upon the parties to litigation and or his/her attorney of record, by placement in a sealed, postage-prepaid envelope addressed to:

Clerk of the Court
U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 N. Spring St.
Los Angeles, California 90012

Henry M. Paulson, Jr.
United States Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, District of Columbia 20220-9999

IRS/CID
P.O. Box 510000
San Francisco, California 94151

and deposited in the United States Mail maintained by the USP Lompoc, Lompoc, California, all requirements of service of process required by law have been fulfilled this:

15th. _____ day of ___ July _____ , 20 08 .

United States Penitentiary
3901 Klein Boulevard          (Name)  *Cenobio H. Herrera, Jr.*
Lompoc, CA 93436                       Cenobio H. Herrera, Sr.
                                       c/o 15660-112 _____
                                       Bureau of Prisons Identification Number

**16    Exhibit B**

## CERTIFICATE OF SERVICE

I, Cenobio H. Herrera, Sr., certify that on this 7th. day of January, 2008, I placed in the instituion's U.S. Mail / Legal Mail, one original and two copies of the documents, addressed to the following party.

One original of Verified Complaint, with attached supporting exhibits.

Addressed to:

Clerk
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA
1100 Anacapa St.
Santa Barbara, California 93191

Cenobio H. Herrera, Sr., Secured Party
c/o 3901 Klein Blvd.
Lompoc, CA. 93436

**17    Exhibit B**

MAR-20-2009  09:23      U.S. Attorneys Office          213 894 0141      P.003

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** UNITED STATES OF AMERICA; ATTORNEY
*(AVISO AL DEMANDADO):* GENERAL MICHAEL MUKASEY, BUREAU OF
PRISONS DIRECTOR HARLEY G. LAPPIN; WARDEN LINDA SANDERS,
JUDGE RONALD S.W. LEW; PROSECUTOR TRACY L. WILKISON, et
al,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CENOBIO H. HERRERA, SR.

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA BARBARA

MAR 0 2 2009

GARY M. BLAIR, Executive Officer
BY A. Wrd
A. WORDLEY Deputy Clerk

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is: SUPERIOR COURT OF CALIFORNIA
*(El nombre y dirección de la corte es):* COUNTY OF SANTA BARBARA
312-C East Cook Street, Santa Maria, CA 93454
Cook Division

CASE NUMBER:
(Número del Caso):  1 2 7 4 6 2 9

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Cenobio H. Herrera, Sr., Attorney-In-Fact for CENOBIO H. HERRERA, SR.
3901 Klein Blvd., Lompoc, CA 93436

DATE:           MAR 0 2 2009           Clerk, by    A. WORDLEY           , Deputy
*(Fecha)*                              *(Secretario)*                     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 415.10 (corporation)              ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**18    Exhibit C**

MAR-20-2009  09:23        U.S. Attorneys Office              213 894 0141      P.002

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| CENOBIO H. HERRERA, SR.<br>3901 Klein Blvd.<br>Lompoc, CA 93436-2706 | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY OF SANTA BARBARA |

TELEPHONE NO                        FAX NO.:
ATTORNEY FOR *(Name)* **Cenobio H. Herrera, Sr., Attorney-In-Fact**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| STREET ADDRESS: COUNTY of SANTA BARBARA | MAR 0 2 2009 |
| MAILING ADDRESS: COOK DIVISION | |
| CITY AND ZIP CODE: 312-C EAST COOK STREET | GARY M. BLAIR, Executive Officer |
| SANTA MARIA, CA 93454 | BY ___ A. Worley ___ |
| BRANCH NAME: | A. WORLEY, Deputy Clerk |

CASE NAME: CENOBIO H. HERRERA, SR. v. UNITED STATES OF AMERICA, et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | |
| | | | JUDGE<br>DEPT |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [X] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a.[X] monetary   b.[X] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify)*: Six (Unlawful Possession of Secured Property)
5. This case [X] is  [ ] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02/10/09
CENOBIO H. HERRERA, SR., by Authorized Agent ▶ *[signature]*
_____                    _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 (Rev. July 1, 2007)

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**19   Exhibit D**

1
## PROOF OF SERVICE BY MAILING

2      I am over the age of 18 and not a party to the within

3 action.  I am employed by the Office of United States Attorney,

4 Central District of California.  My business address is 300 North

5 Los Angeles Street, Suite 7516, Los Angeles, California 90012.

6      On March 30, 2009, I served **NOTICE OF REMOVAL OF CIVIL**

7 **ACTION BY DEFENDANTS** on persons or entities named below by

8 enclosing a copy in an envelope addressed as shown below and

9 placing the envelope for collection and mailing on the date and

10 at the place shown below following our ordinary office practices.

11 I am readily familiar with the practice of this office for

12 collection and processing collection and mailing; it is deposited

13 in the ordinary course of business within the United States

14 Postal Service in a sealed envelope with postage fully prepaid.

15      Date of mailing: March 30, 2009.  Place of mailing: Los

16 Angeles, California. Person(s) and/or Entity(is) To Whom Mailed:

17          **Cenobio H. Herrera, Sr.**
           **Reg. No. 15660-112**
18          **3901 Klein Blvd.**
           **Lompoc, CA 93436**
19

20
21      I declare under penalty of perjury under the laws of the

22 United States of America that the forgoing is true and correct.

23      I declare that I am a member of the bar of this Court.

24      Executed on March 30, 2009 at Los Angeles, California.

25
26              /s/ Robert I. Lester
           ROBERT I. LESTER
27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV09- 2184 GAF (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.


COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CENOBIO H. HERRERA, SR.

**DEFENDANTS**
UNITED STATES OF AMERICA, ATTORNEY GENERAL MICHAEL MUKASEY; BUREAU OF PRISONS DIRECTORHARLEY LAPPIN, WARDEN LINDA SANDERS; et al.,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Cenobio H. Herrera, Sr.
3901 Klein Blvd.
Lompoc, CA 93436

Attorneys (If Known)

Thomas P. O'Brien, U.S. Attorney
Leon W. Weidman, Asst. U.S. Attorney, Chief, Civil Division
Robert I. Lester, Asst. U.S. Attorney
300 North Los Angeles Street, Rm 7516; LA, CA 90012 (213) 894-2464

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 1.6 million per day incarcerated

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC 1442(a)(1) and 2679(d)(2) removal of FTCA claims.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☑ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____ CV09-2184

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No   ☑ Yes

If yes, list case number(s): CV 09-1708-AHM(PJWx); CV 09-1711-AHM(PJWx); CV 09-1712-AHM(PJWx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☑   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Lew and Wilkison - Los Angeles<br>Sanders - Santa Barbara County<br>United States - Santa Barbara County | Holder & Lappin - Washington, D.C. |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County and Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Robert D Leste        Date  3/26/09

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |