JS-6     O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-02184 AHM (PJWx) | Date | July 1, 2009 |
|---|---|---|---|

| Title | CENOBIA H. HERRERA, SR. v. UNITED STATES OF AMERICA., *et al.* |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On April 28, 2009, the Court granted Defendants' motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e). The Court ordered Plaintiff to file a First Amended Complaint by May 15, 2009 to clarify certain ambiguities in his complaint. Plaintiff has not filed a First Amended Complaint. Therefore, pursuant to the Court's April 28, 2009 order, the Court strikes the Complaint and dismisses the action.

                                                                                              :
                                                            Initials of Preparer     se